AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Ryan Craven | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:21-cv-1533-BHH |
| Deli Management Inc *d/b/a* Jason's Deli | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

☒ the plaintiff Ryan Craven recover from the defendant Deli Management Inc *d/b/a* Jason's Deli the amount of Twelve Thousand Six Hundred Seventy-Eight and 24/100 dollars ($ 12,678.24 ), inclusive of attorneys' fees, less any applicable payroll tax deductions and withholdings, plus postjudgment interest at the rate of .98 %.


This action was

☒ approved by the Honorable Bruce Howe Hendricks, United States District Judge, on an Acceptance of Offer of Judgment.


Date:   February 17, 2022                             *CLERK OF COURT*   Robin L. Blume

                                                            s/April Dickerson
                                                     *Signature of Clerk or Deputy Clerk*